IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | No. 09-00210-01-CR-W-DW |
| STEPHEN J. EGGLESTON, ) | |
| Defendant. ) | |

**ORDER**

Before the Court is Magistrate Judge John T. Maughmer's Report and Recommendation (Doc. 24) finding Defendant's competent to stand trial. Defendant has not filed objections to the Report and Recommendation. After an independent review of the record, the Court ADOPTS the Magistrate's findings and recommendation. Accordingly, the Court ORDERS that the Magistrate's Report and Recommendation be attached to and made a part of this Order and FINDS Defendant competent to understand the nature and consequence of the proceedings against him and to assist in his defense.

Date:   November 23, 2009                           /s/ Dean Whipple
                                                     Dean Whipple
                                                     United States District Judge